#### 9978. FOUNTAIN v. THE STATE.

BLOODWORTH, J. The judgment originally rendered by this court in this case (23 *Ga. App.* 113, 98 S. E. 178), having been reversed by the Supreme Court (149 *Ga.* 519, 101 S. E. 294), the former judgment of this court is vacated, and the judgment of the trial court is

*Reversed. Broyles, C. J., and Luke, J., concur.*

DECIDED DECEMBER 10, 1919.

Conviction of manslaughter; from Ben Hill superior court— Judge Crum.  July 9, 1918.

*John W. Bennett, H. J. Quincey,* for plaintiff in error.

*J. B. Wall, solicitor-general, A. J. McDonald,* contra.